# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BERESFORD B. BERTRAM** and **THERESA BERTRAM,**
Appellants,

v.

**HSBC MORTGAGE SERVICES, INC.,**
Appellee.

No. 4D17-3813

[June 7, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 10-014666.

Beresford B. Bertram and Theresa Bertram, North Lauderdale, pro se.

Shaib Y. Rios of Brock & Scott, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***